IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 08CV5131 |
| vs. | ) ) ) | Judge Dow |
| | ) ) | Magistrate Judge Nolan |
| SWISSOTEL CHICAGO, INC. | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO
FILE ITS NINTH AND TENTH AFFIRMATIVE DEFENSES *INSTANTER***

Defendant Swissôtel Employment Services L.L.C., incorrectly named as Swissotel Chicago, Inc. ("Swissôtel"), moves this Court to enter an order granting Swissôtel leave to file its Ninth and Tenth Affirmative Defenses *instanter*. A copy of Swissôtel's Ninth and Tenth Affirmative Defenses is attached to Swissôtel's Memorandum supporting this Motion.

DATED: February 13, 2009         **Swissôtel Employment Services L.L.C.**

By: /s/ Paul Patten
One of its Attorneys

Robert E. Arroyo
Paul Patten
Eddie Clopton
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, IL 60610
(312) 787-4949

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 13, 2009, he caused a true and correct copy of the foregoing Motion For Leave to File Its Ninth and Tenth Affirmative Defenses *Instanter* to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

>John C. Hendrickson
>Diane I. Smason
>Aaron R. DeCamp
>Equal Employment Opportunity Commission
>Chicago District Office
>500 W. Madison Street, Suite 2000
>Chicago, IL 60661

>/s/ Paul Patten
>Paul Patten